IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 03-CV-1338-REB-OES

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

GLEN W. HILKER, and LARRY M. BAKER,

        Defendants,

TRICORD LLC and BROOKSHIRE DEVELOPMENT CO. LLC,

        Relief Defendants.

**ORDER AND JUDGMENT AS TO RELIEF DEFENDANT, TRICORD LLC.**

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Tricord LLC having entered a general appearance; waived service of the summons and Complaint; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement of $500,000.00, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of

1

$64,730.67, for a total of $564,730.67. The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after ten days following entry of this Final Judgment. In response to any such civil contempt motion by the Commission, Relief Defendant may assert any legally permissible defense. Payments under this paragraph shall be made to the Clerk of this Court, together with a cover letter identifying Relief Defendant Tricord LLC as a relief defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Relief Defendant shall simultaneously transmit photocopies of each such payment and letter to the Commission's counsel in this action. Relief Defendant relinquishes all legal and equitable right, title, and interest in such payments, and no part of the funds shall be returned to Relief Defendant. The Clerk shall deposit the funds into an interest bearing account with the Court Registry Investment System ("CRIS") or any other type of interest bearing account that is utilized by the Court. These funds, together with any interest and income earned thereon (collectively, the "Fund"), shall be held in the interest bearing account until further order of the Court. In accordance with 28 U.S.C. § 1914 and the guidelines set by the Director of the Administrative Office of the United States Courts, the Clerk is directed, without further order of this Court, to deduct from the income earned on the money in the Fund a fee equal to ten percent of the income earned on the Fund. Such fee shall not exceed that authorized by the Judicial Conference of the United States. The Commission may propose a plan to distribute the Fund subject to the Court's approval including a plan

pursuant to the Fair Fund provisions of Section 308(a) of the Sarbanes-Oxley Act of 2002. Relief Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated October 13, 2005, at Denver, Colorado

                                                         **BY THE COURT:**

                                                         s/ Robert E. Blackburn
                                                         **Robert E. Blackburn**
                                                         **United States District Judge**