**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.:  03-cv-01338-REB-OES

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

GLEN W. HILKER, and LARRY M. BAKER,

        Defendants,

TRICORD LLC and BROOKSHIRE DEVELOPMENT CO. LLC,

        Relief Defendants.

---

## MINUTE ORDER

---

      Plaintiff's Unopposed Motion to Vacate Trial Preparation Conference and Trial Dates [#115], filed on October 17, 2005, is DENIED without prejudice for failure to comply with D.C.COLO.L.Civ.R. 7.1A.

Dated:  October 18, 2005

-------------------------------------------------------------------------------------------------------

1