**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.:  03-cv-01338-REB-OES

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

GLEN W. HILKER, and LARRY M. BAKER,

        Defendants,

TRICORD LLC and BROOKSHIRE DEVELOPMENT CO. LLC,

        Relief Defendants.

---

### ORDER VACATING TRIAL PREPARATION CONFERENCE AND TRIAL

---

Having reviewed Plaintiff Securities and Exchange Commission's "Amended Unopposed Motion to Vacate Trial Preparation Conference and Trial Dates," [#117] filed October 18, 2005, and for good cause shown:

IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1. That Plaintiff Securities and Exchange Commission's "Amended Unopposed Motion to Vacate Trial Preparation Conference and Trial Dates," [#117] filed October 18, 2005, is granted; and

2. That the dates for the Trial Preparation Conference set for October 21, 2005, at 10:00 a.m., and the trial to court set for November 7, 2005, at 9:00 a.m., are vacated until further order of the Court.

Dated October 18, 2005, at Denver, Colorado.

        **BY THE COURT:**

        s/ Robert E. Blackburn
        **Robert E. Blackburn
        United States District Judge**