**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.:  03-cv-01338-REB-MEH

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

GLEN W. HILKER, and LARRY M. BAKER,

        Defendants,

TRICORD LLC and BROOKSHIRE DEVELOPMENT CO. LLC,

        Relief Defendants.

**ORDER OF DISMISSAL OF
RELIEF DEFENDANT BROOKSHIRE DEVELOPMENT CO. LLC.**

**Blackburn, J.**

The matter comes before the court on the **Unopposed Motion to Dismiss Action Without Prejudice Against Relief Defendant Brookshire Development Co. LLC Pursuant to Rule 41(a)(2), Fed.R.Civ.P.** [#127], filed on June 12, 2006.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that plaintiff's claim against relief defendant Brookshire Development Co. LLC should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion to Dismiss Action Without Prejudice Against Relief Defendant Brookshire Development Co. LLC Pursuant to Rule 41(a)(2), Fed.R.Civ.P.** [#127], filed on June 12, 2006, **IS GRANTED**;

2. That plaintiff's claim against relief defendant Brookshire Development Co. LLC is **DISMISSED WITHOUT PREJUDICE**; and

2

    3. That relief defendant Brookshire Development Co. LLC is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated June 13, 2006, at Denver, Colorado.

                                            **BY THE COURT:**

                                            **s/ Robert E. Blackburn**
                                            **Robert E. Blackburn**
                                            **United States District Judge**