IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01338-REB-MEH

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

GLEN W. HILKER and
LARRY M. BAKER,

      Defendants.

---

## ORDER GRANTING WITHDRAWAL OF COUNSEL

---

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is the Plaintiff's Motion for Order Granting Withdrawal of Thomas D. Carter as Counsel of Record (Docket #140). Plaintiff seeks the withdraw of Thomas D. Carter as an attorney for Plaintiff, based upon the retirement of Mr. Carter. Other counsel appear of record on behalf of the Plaintiff, and therefore, the Plaintiff will not be unrepresented upon the withdrawal of Mr. Goldstein.

Accordingly, while the motion is not in technical compliance with D.C.COLO.LCivR 83.3.D, since it contains no warning to the Plaintiff concerning responsibility for complying with all court orders and time limitations established by any applicable rules, based upon entry of appearance of other counsel for the Plaintiff, such a warning is not necessary. Further, the motion is not in compliance with D.C.COLO.LCivR 7.1.A., because Plaintiff's counsel did not consult with defense counsel prior to the filing of the motion, but no prejudice or undue burden is apparent in this regard.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion for Order Granting Withdrawal of Thomas D. Carter as Counsel of Record [Filed January 5, 2007; Docket #140] is

2

**granted**.   Thomas D. Carter is hereby permitted to withdraw as attorney for the Plaintiff and shall

have no further responsibility for representation of the Plaintiff.

Dated at Denver, Colorado, this 10th day of January, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge